RECEIVED

MAR 2 4 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LINETEC SERVICES, L.L.C., et al. | CIVIL ACTION NO. 1:15-CV-01242 |
| VERSUS | JUDGE TRIMBLE |
| CHAIN ELECTRIC COMPANY, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' motion to transfer (Doc. 13) is GRANTED. The Clerk of Court is ORDERED TO TRANSFER the above-captioned case to the U.S. District Court for the Southern District of Mississippi.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 24th day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE